

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
KELLY M. ZIC
FRANK R. MALPIGLI◻
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

**SENIOR COUNSEL**
LOUISE FASANO

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
RICHARD B. EPSTEIN
ABRAHAM WARMBRAND
EDWARD DENBY
ALLYSON N. BROWN
MICHAEL A. BAYRON
MICHAEL HOFMANN
GALINA STILER°
LAURA ALTO
CHRISTOPHER J. LAMPERT*

*ALSO ADMITTED IN NEW JERSEY
◻ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S DIRECT DIAL:**
516-741-7755

**WRITER'S E-MAIL:**
MMIRANDA@MSSSV.COM

March 1, 2021

**VIA ECF AND ELECTRONIC MAIL**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   **_Tony Perez v. Preparatory School Company d/b/a Dwight School, et al._, 19-CV-6923 (KPF)**

Dear Judge Failla:

We represent the Defendants in the above-referenced matter. We write, on behalf of the parties, to provide Your Honor with the status of arbitration, pursuant to the Order dated November 2, 2020, and to respectfully request a continuance of the stay, so that the parties may finalize this matter. Your Honor previously granted the parties a stay on October 31, 2019, January 31, 2020, August 3, 2020, and November 2, 2020.

We are pleased to advise that the parties have just reached an agreement to settle this matter in principle. The parties are in the process of drafting a settlement agreement.

Based on the foregoing, the parties respectfully request that the Court continue the stay in this matter in order to afford the parties the opportunity to finalize the settlement.

**MIRANDA SLONE SKLARIN VERVENIOTIS** LLP

MARCH 2, 2021
PAGE 2 OF 2

Thank you for your consideration of this application.

Respectfully Submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Michael A. Miranda

cc: All parties via ECF

```
The Court is pleased to hear the parties have reached a settlement
in principle.  All deadlines and conferences are hereby adjourned.
Furthermore, the Court ORDERS that this action be conditionally
discontinued without prejudice and without costs; provided, however,
that on or before May 3, 2021, the parties may submit to the Court
their own Stipulation of Settlement and Dismissal for the Court to
So Order.  Otherwise, within such time Plaintiff may apply by letter
for restoration of the action to the active calendar of the Court in
the event that the settlement is not consummated.  Upon such
application for reinstatement, the parties shall continue to be
subject to the Court's jurisdiction, the Court shall promptly
reinstate the action to its active docket, and the parties shall be
directed to appear before the Court, without the necessity of
additional process, on a date within ten (10) days of the
application, to schedule remaining pretrial proceedings and/or
dispositive motions, as appropriate.  This Order shall be deemed a
final discontinuance of the action with prejudice in the event that
Plaintiff has not requested restoration of the case to the active
calendar on or before May 3, 2021.

The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```

SO ORDERED.

Dated:  March 3, 2021
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE